AO 245F (Rev 12/03) Amended Judgment in a Criminal Case for Organizational Defendants
Sheet 1                                                                                          (NOTE: Identify Changes with Asterisks (*))

# UNITED STATES DISTRICT COURT
District of COLUMBIA

| UNITED STATES OF AMERICA | AMENDED JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Organizational Defendants) |
| WING-ON LLC | CASE NUMBER: 14-cr-069-03 (RMC) **FILED** |

**Date of Original Judgment:** 2/16/2017
(or Date of Last Amended Judgment)

Daren H. Firestone and Kathryn J. Wozny
Defendant Organization's Attorney

JUL 1 2 2017

Clerk, U.S. District and
Bankruptcy Courts

**Reason for Amendment:**
☐ Correction of Sentence on Remand (18 U.S.C § 3742(f)(1) and (2))
☑ Correction of Sentence for Clerical Mistake (Fed R Crim P 36)
☐ Reduction of Sentence for Changed Circumstances (Fed. R Crim P 35(b))
☐ Modification of Supervision Conditions (18 U.S.C §§ 3563(c) or 3583(e))
☐ Correction of Sentence by Sentencing Court (Fed R Crim P 35(a))
☐ Modification of Restitution Order (18 U S C § 3664)

## THE DEFENDANT ORGANIZATION:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☑ was found guilty on count(s) 1,2,3 of the Indictment on 9/30/2016.
after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 371 and | Conspiracy to Violate the Arms Export Control Act and the | 10/31/2013 | One |
| 22 USC § 2778(b)(2) | International Traffic in Arms Regulations, and Defraud the United States | | |

The defendant organization is sentenced as provided in pages 2 through __10__ of this judgment.

☐ The defendant organization has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I D No   46-2504460

Defendant Organization's Principal Business Address

24422 Main Street
Unit 507
Carson, CA 90745

7/11/2017
Date of Imposition of Judgment

*/s/ Rosemary M. Collyer*
Signature of Judge

Rosemary M. Collyer            U.S. District Judge
Name of Judge                  Title of Judge

11 July 2017
Date

Defendant Organization's Mailing Address.

1544 West 206th Street
Apt 4
Torrance, CA 90501

AO 245F    (Rev 12/03) Amended Judgment in a Criminal Case for Organizational Defendants
           Sheet 1A                                                              (NOTE. Identify Changes with Asterisks (*))

DEFENDANT ORGANIZATION: WING-ON LLC
CASE NUMBER: 14-cr-069-03 (RMC)

Judgment—Page __2__ of __10__

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 22 USC § 2278 and 18 USC § 2 and 22 CFR Part 127 | Unlawful Export of Defense Articles from the United States; Aiding and Abetting and Causing an Act to be Done | 7/31/2011 | Two |
| 18 USC §§ 1956(h) | Conspiracy to Launder Monetary Instruments | 10/31/2013 | Three |

AO 245F  (Rev 12/03) Amended Judgment in a Criminal Case for Organizational Defendants
Sheet 2 — Probation

(NOTE Identify Changes with Asterisks (*))

| DEFENDANT ORGANIZATION: WING-ON LLC | Judgment—Page 3 of 10 |
|---|---|
| CASE NUMBER: 14-cr-069-03 (RMC) | |

## PROBATION

The defendant organization is hereby sentenced to probation for a term of:

Three (3) Years as to Counts 1,2,3.

The defendant organization shall not commit another federal, state or local crime.

If this judgment imposes a fine or a restitution obligation, it is be a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant organization must comply with the standard conditions that have been adopted by this court as well as with any additional conditions below or on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;

2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the defendant organization shall notify the probation officer at least ten days prior to any change in principal business or mailing address;

4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and

7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets

AO 245F  (Rev 12/03) Amended Judgment in a Criminal Case for Organizational Defendants
         Sheet 2A — Probation                                               (NOTE Identify Changes with Asterisks (*))

DEFENDANT ORGANIZATION:  WING-ON LLC
CASE NUMBER:  14-cr-069-03 (RMC)

Judgment—Page __4__ of __10__

# ADDITIONAL PROBATION TERMS

If during the period of Probation Wing-on LLC should file for bankruptcy protection, the corporation shall provide a copy of the bankruptcy filing to the Probation Office. Wing-on LLC shall also notify the Probation Office of the resolution of its bankruptcy petition.

The probation office shall release the presentence investigation report to all appropriate agencies in order to execute the sentence of the Court.

Pursuant to 18 USC § 3742, the defendant has a right to appeal the verdict and sentence imposed by this Court. If the defendant chooses to appeal, it must file any appeal within 14 days after the Court enters judgment.

As defined in 28 USC § 2255, the defendant also has the right to challenge the conviction entered or sentence imposed if new and currently unavailable information becomes available to it or, on a claim that it received ineffective assistance of counsel in entering a plea of guilty to the offense(s) of conviction or in connection with sentencing.

Pursuant to D.C. Circuit opinion in U.S. v. Hunter, No. 14- 3046, decided on January 12, 2016 - There were no objections to the sentence imposed that were not already noted on the record.

AO 245F   (Rev 12/03) Amended Judgment in a Criminal Case for Organizational Defendants
         Sheet 3 — Criminal Monetary Penalties                                      (NOTE Identify Changes with Asterisks (*))

DEFENDANT ORGANIZATION: WING-ON LLC
CASE NUMBER: 14-cr-069-03 (RMC)

Judgment — Page __5__ of __10__

# CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

|        | **Assessment** | **Fine**      | **Restitution** |
|--------|----------------|---------------|-----------------|
| TOTALS | $ 1,200.00     | $ 250,000.00  | $ 0.00          |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|-------------------|-----------------|-------------------------|----------------------------|
|                   |                 |                         |                            |

| TOTALS | $ 0.00 | $ 0.00 |
|--------|--------|--------|

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:

   ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

   ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245F   (Rev 12/03) Amended Judgment in a Criminal Case for Organizational Defendants
        Sheet 3B — Criminal Monetary Penalties                                    (NOTE Identify Changes with Asterisks (*))

DEFENDANT ORGANIZATION: WING-ON LLC
CASE NUMBER: 14-cr-069-03 (RMC)

Judgment—Page  6  of  10

## ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

The special assessment is immediately payable to the Clerk of the Court for the U.S. District Court, District of Columbia. Within 30 days of any change of address, the defendant shall notify the Clerk of the Court of the change until such time as the financial obligation is paid in full. The Court waives any interest or penalties that may accrue on unpaid balances.